UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MICHAEL DEREK BRADLEY, JR.,
JAVARIS MARQUEZ TUBBS, and
MONTRELL HALL,

        Defendants.

CR. NO. S-06-0290 WBS

ORDER OF RECUSAL

----oo0oo----

It appearing to the court that defendant Javaris Marquez Tubbs is also a defendant in a related matter pending in this court (Cr. S-06-451 EJG), and that the reassignment of this case to the judge to whom that case is assigned will effect a substantial saving of judicial effort and better serve the due administration of justice:

IT IS HEREBY ORDERED that this matter be reassigned to the Honorable Edward J. Garcia for all further proceedings. Henceforth the captions on all documents filed in this case shall be shown as CR. NO. S-06-0290 EJG, and any dates currently set in

1

this case are hereby VACATED.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of criminal cases to compensate for this reassignment.

    IT IS SO ORDERED.

DATED:  January 28, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE