# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| Calendar Arraignment date for <u>United States v. Michael Derek Bradley</u>, CR.S-06-290 EJG | February 22, 2008 |

| To | From |
|---|---|
| Connie Farnsworth, Courtroom Clerk for the Honorable Kimberly J. Mueller | William S. Wong, Assistant United States Attorney |

    At the request of the United States, please calendar the arraignment on a superseding indictment for defendants Michael Derek Bradley and Javaris Marquez-Tubbs for February 25, 2008, at 2 p.m. before the Honorable Judge Kimberly J. Mueller in the matter of <u>United States v. Michael Bradley</u>, CR.S-06-290 EJG, in the Eastern District of California.

Please call me if you have any questions at 554-2790.


cc: James Greiner, Esq.
    Attorney for Defendant Bradley

    Steven Bauer, Esq.
    Attorney for Defendant Tubbs