**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> MICHAEL DEREK BRADLEY, JR., ) <br> et al. ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | CR. NO. S-06-290-WBS <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 24, 2008, EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |

     Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. William S. Wong, and defendant, MICHAEL DEREK BRADLEY, Jr., by his counsel Mr. James R. Greiner and defendant JAVARIS MARQUEZ TUBBS, by his counsel Mr. Steven D. Buer, hereby stipulate and agree that the status conference calendared for Friday, July 25, 2008, at 10:00 a.m., before the Honorable Senior District Court Judge, Edward J. Garcia, shall be continued to Friday, October 24, 2008, at 10:00 a.m..

     Time can be excluded from both the Speedy Trial Act and the Sixth Amendment right to a speedy trial for the following reasons:

     1- The defense is continuing in its good faith and ongoing discussions with the government over resolution of this matter by plea agreement, thus resolving this

1

matter short of a trial which would enable both the government and the Court to allocate its burdened resources to other cases, thus would be a savings in both effort and the use of precious resources for both the government and the Court at the same time of achieving a resolution in this case that satisfies the interests of justice;

2- The defense is continuing to investigate all aspects of this case (and other related cases that effect both the defendants and the negotiations with the government on potential resolution), including any other potential cases that the defendants may have exposure for, in evaluating the overall posture facing the defendants in the continuing process of negotiating with the government towards a possible resolution in this case  short of trial;

3-There are potential medical issues regarding defendant MICHAEL BRADLEY  that continuing to be investigated and updated by  obtaining documents from throughout Northern California, which takes time, and then the reviewing of these documents, once the documents are received;

4- The ends of justice are satisfied by both the government and defense continuing to diligently attempt to resolve this case in a satisfactory manner , and in so doing , by ensuring that all issues are investigated and all aspects of the case and consequences of any potential resolution by a plea agreement are fully explained to the defendants (including but not limited to the advisory guidelines, potential sentencing issues, potential locations in Federal prison, potential ramifications after release from Federal prison, the potential of a trial and the aspects of a trial and what it entails (jury selection, opening, directs, cross, defense case, closing, jury instructions, jury questions, verdict));

5- The defense and the government have been conferring on a regular basis and the setting of a trial in a related case has been set for October 14, 2008 (See United States v. Peterson, et al., CR-S- # 06-451, Docket Entry #117), thus, the parties agree the setting of this case after that trial will be in the interests of justice for all parties.

1   The defendants are in custody. There is no trial date set. There is no pending
2   motion's schedule.
3       The parties stipulate and agree that time shall be excluded from the Speedy
4   Trial Act from Friday, July 25, 2008, through and including Friday, October 24,
5   2008, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for adequate,
6   necessary and reasonable time for effective preparation taking into account due
7   diligence being exercised by all parties; for continuity of counsel and that time can be
8   excluded under the Sixth Amendment right to a speedy trial for adequate, necessary
9   and reasonable time for defense counsel to adequately and effectively prepare and
10  evaluate the case against the defendant for the same time period.
11      Counsel conferred with the Court's courtroom deputy, Ms. Colleen Lydon,
12  about the available date, and it is available for the Court. The government gave
13  authorization to sign this document via telephone conference and Mr. Bauer gave
14  verbal authorization in person during a conference.

Respectfully submitted,
McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ WILLIAM S. WONG--by telephone
                   authorization on 7-21-08

DATED: 7-23-08
_____
WILLIAM S. WONG
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

DATED: 7-23-08

/s/ STEVEN D. BAUER–verbal authorization on
                           7-21-08
_____
STEVEN D. BAURE
ATTORNEY FOR DEFENDANT
JARVIS MARQUEZ TUBBS

DATED: 12-11-07					/s/ JAMES R. GREINER
					————————————————————
					JAMES R. GREINER
					ATTORNEY FOR DEFENDANT
					MICHAEL DEREK BRADLEY, JR.

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: JULY 23, 2008.


			**/s/ Edward J. Garcia**
			——————————————
			**SENIOR UNITED STATES
			DISTRICT COURT JUDGE**