**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MICHAEL DEREK BRADLEY, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-290-EJG |
| )  PLAINTIFF, ) | SENTENCING MEMORANDUM |
| ) | BY THE DEFENDANT |
| v. ) | |
| ) | |
| MICHAEL DEREK BRADLEY, JR., ) | |
|     et al.  ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____ ) | |

The defendant, MICHAEL DEREK BRADLEY, Jr., through his counsel, James R. Greiner, hereby submits this brief sentencing memorandum to the Court:

1-The defendant has no objections to the offense conduct (the factual basis) reported in the pre-sentence report on pages 4-7;

2-The defendant has no objections to the Offense level computations reported on pages 9-13;

3-The defendant has no objections to the Defendant's criminal history as reported on pages 13-16;

4-The defendant has no objections to the Offender Characteristics (Personal and Family Data, Physical Condition, Mental and Emotional Health, Substance Abuse,

1

1  Education and Vocational Skills, Employment Record, Financial Condition and
2  Defendant's ability to pay a Fine/Restitution);
3       5-The defendant agrees with the pre-sentence analysis regarding the factors that
4  may warrant departure under the guidelines under USSG 5H1.4, the Cortical Blindness
5  of the defendant that is irreversible. This condition has either significantly impacted or
6  virtually eliminated the defendant's ability to commit further crimes. Thus, the
7  defendant, as the pre-sentence report correctly states, qualifies for a downward
8  departure for this extraordinary physical impairment.
9       6- The defendant agrees with the pre-sentence analysis that under USSG
10 5K2.0(a)(4), the defendant's extreme vulnerability while incarcerated should also be
11 taken into account by this Court for a further reduction in the sentence. As the pre-
12 sentence report correctly states for the Court, the defendant has already been brutally
13 assaulted on a trip back from Court.
14      7-The defendant agrees with the analysis under the Other Factors to be
15 Considered on pages 21–23.
16      8- For the Court's information, the defendant has complied with all the terms and
17 conditions of the plea agreement (the contract between the government and the
18 defendant), including the agreement to co-operate fully with the government as directed
19 by the government. As the pre-sentence report correctly states in the defense's mind:
20 "It is apparent Bradley has motivated enemies willing to take advantage of his
21 blindness to brutalize him". ( See page 20, paragraph 87, lines 7-8, of the pre-sentence
22 report). With the defendant fully co-operating with the government and the defendant's
23 extreme vulnerability while incarcerated combined with the permanent Cortical
24 Blindness which either will significantly impact or will eliminate totally the defendant's
25 ability to commit further crimes, the defense is anxious to see what additional
26 recommendation the government will make to this Court at sentencing regarding
27 reduction in the sentence.
28

2

9-The defense also agrees with the pre-sentence analysis under Title 18 USC section 2259(b)(3) regarding the one claim of a individual victim, that the claim does not appear to abide by the scope authorized under Title 18 USC section 2259 (b)(3) and thus restitution as claimed by the individual is not authorized.

10- The defendant requests the Court to recommend the 500 hour Bureau of Prisons Substance Abuse Treatment Program.

11-The defendant requests the Court to make a recommendation for the defendant to be housed in California, in an appropriate medical facility based upon the defendant's permanent Cortical Blindness but only in so far as this recommendation accords with security and classification and space availability.

Respectfully submitted


DATED: April 1, 2010



/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
MICHAEL D. BRADLEY, JR.

3